# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149622(44)

ASSOCIATED BUILDERS AND
CONTRACTORS,
        Plaintiff-Appellant,

SC: 149622
COA: 313684

v

Ingham CC: 12-000406-CZ

CITY OF LANSING,
        Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the Michigan Building and Construction Trades Council and the Michigan State AFL-CIO to participate as amici curiae is GRANTED. The amicus brief submitted on October 3, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2014

